MAY 17, 1973

No. 72–6442. KING, AKA RAVELLI v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS. Motion for leave to file petition for writ of mandamus dismissed under Rule 60 of the Rules of this Court.

MAY 21, 1973

No. 72–1105. STEPHENS TRUCK LINE, INC., ET AL. v. UNITED STATES ET AL. Affirmed on appeal from D. C. E. D. Tenn.

No. 72–1215. DIAMOND ET AL. v. UNITED STATES ET AL. Appeal from D. C. D. C. Motion to dispense with printing jurisdictional statement granted. Judgment affirmed. MR. JUSTICE POWELL took no part in the consideration or decision of this case.

No. 72–1342. KAPLAN ET AL. v. MILLIKEN, JUDGE, ET AL. Affirmed on appeal from D. C. W. D. Ky. For the reasons stated in their dissent in *Wells* v. *Edwards,* 409 U. S. 1095 (1973), MR. JUSTICE WHITE and MR. JUSTICE MARSHALL would note probable jurisdiction and give plenary consideration to this case.

No. 72–1313. SILVERTON v. CALIFORNIA. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.